Maria HERNANDEZ–RAMIREZ,
Petitioner—Appellant,

v.

John D. ASHCROFT, U.S. Attorney
General, Respondent—
Appellee.

No. 01–57247.

D.C. No. CV–01–02341–K(JAH).

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2002.*

Decided Oct. 16, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before REINHARDT, TROTT, and SILVERMAN, Circuit Judges.

MEMORANDUM**

For the reasons stated by the district court, the Petition for Writ of Habeas Corpus is DENIED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

